## REYNOLDS, administrator, *v.* CARLISLE.

A purchase of land and an entry upon the same was not necessarily wanting in the element of good faith merely because the purchaser, with actual knowledge of the fact that his grantor was not the grantee of the State, failed to ascertain, as he might

have done by proper inquiry, the further fact that such grantor did not hold under such grantee or his successors in title. A negligent omission to make such inquiry is consistent with good faith. Whether or not, in a given case, such a purchase was *bona fide* was a question for the jury; and a verdict finding that an entry thereunder did not originate in moral fraud will not, when supported by evidence, be disturbed.

Argued November 16,—Decided November 23, 1896.

Equitable petition.    Before Judge Callaway.    Dooly superior court.    September term, 1895.

*Gustin, Guerry & Hall, J. W. Haygood* and *Busbee, Crum & Busbee,* for plaintiff.

*J. H. Martin* and *U. V. Whipple,* for defendant.

Lumpkin, Justice.

This case, upon its merits, turned upon the propositions laid down in the head-note. Their correctness is fully sustained by the decision of this court in *Lee* v. *Ogden, executrix,* 83 *Ga.* 325.        *Judgment affirmed.*